UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KHOA DANG NGUYEN, | ) | Case No.: C 08-04076 PSG |
| Plaintiff, | ) | **ORDER DISSOLVING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE** |
| v. | ) | |
| UNITED STATES CONSULATE GENERAL, | ) | |
| Defendant. | ) | |

In light of the reassignment of this case to the undersigned and the case history,

IT IS HEREBY ORDERED that all pending motions are terminated.

IT IS FURTHER ORDERED that the Order to Show Cause[1] is dissolved.

IT IS FURTHER ORDERED that a new briefing schedule is set for cross motions for summary judgement:

Defendant may file a motion for summary judgment no later than April 12, 2011.

Plaintiff shall file any opposition to Defendant's motion and any counter-motion no later than April 26, 2011.

Defendant shall file any reply to Plaintiff's opposition and any opposition to Plaintiff's counter-motion no later than May 10, 2011.

---

[1] Order To Show Cause Why Summ. J. Should Not Be Entered Against Def. (Docket 19).

ORDER, *page 1*

1  Plaintiff shall file any reply ro Defendant's opposition no later than May 24, 2011.

2  IT IS FURTHER ORDERED that oral argument for any motions for summary judgment will be

3 heard on May 31, 2011 at 10 a.m.

4 Dated: March 25, 2011

5
   _____
   PAUL S. GREWAL
6  United States Magistrate Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Khoa Dang Nguyen
471 E. Julian Street
San Jose, CA 95112

Dated: March 25, 2011

                                             */s/ Chambers Staff*
                                             Chambers of U.S. Magistrate Judge Paul S. Grewal